10

United States District Court
Southern District of Texas

JUN 16 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Claudia Elia Lopez Gonzalez, individually and as personal representative of the estate of Delfino Eduardo Gonzalez, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Amfels, Inc., et al, <br><br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. B-00-64 |

**ORDER**

BE IT REMEMBERED, that on June 15, 2000, the Court **GRANTED** Austin Temporary Services, Inc.'s Motion for Leave to File Amicus Curiae Brief in Support of Removal Action [Dkt. No. 5].

DONE at Brownsville, Texas, this 15th day of June 2000.

_____
Hilda G. Tagle
United States District Judge