IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Claudia Elia Lopez Gonzalez, et al., | § | |
| Plaintiffs, | § § § | |
| | § | CIVIL ACTION NO. B-00-64 |
| v. | § § | |
| Amfles, Inc., et al., | § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on July 31, 2000, the Court **GRANTED** the Plaintiffs' Motion for Nadine Nieto to appear Pro Hac Vice [Dkt. No. 8] in this proceeding.

DONE at Brownsville, Texas, this 31st day of July 2000.

Hilda G. Tagle
United States District Judge