*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 17 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Claudia Elia Lopez Gonzalez, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. B-00-64 |
| v. § | |
| § | |
| Amfels, Inc., et al., § | |
| § | |
| Defendants. § | |

### ORDER

BE IT REMEMBERED, that on August 17, 2000, the Court **GRANTED** Defendant Amfels' Motion for Appointment of Guardian Ad Litem [Dkt. No. 13] in light of the fact that the Parties have submitted a proper Amended Notice of Settlement [Dkt. No. 15]. The Court **APPOINTS** Aida Salinas Flores as the guardian ad litem to represent the minors, Claudia Alejandra Gonzalez and Sergio Eduardo Gonzalez. The guardian ad litem's fees and expenses will be taxed to the Defendant Amfels.

DONE at Brownsville, Texas, this 17 day of August 2000.

Hilda G. Tagle
United States District Judge