18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Claudia Elia Lopez Gonzalez, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. B-00-64 |
| v. § | |
| § | |
| Amfels, Inc., et al., § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED, that on September 6, 2000, the Court **STRUCK** the Defendant Amfels, Inc.'s Agreed Motion to Dismiss without Prejudice [Dkt. No. 17]. In its motion, Amfels seeks to dismiss its claims against the Burlington Insurance Company. However, the Court cannot rule on the motion because the Burlington Insurance Company is not a party to this proceeding.

DONE at Brownsville, Texas, this 6th day of September 2000.

_____
Hilda G. Tagle
United States District Judge