IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Claudia Elia Lopez Gonzalez, et al., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-00-64 |
| v. | § § | |
| Amfels, Inc., et al., | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on September 6, 2000, the Court **ORDERED** the Parties to submit a joint statement indicating whether the Parties have settled this lawsuit by the time of the initial pretrial conference set for September 11, 2000. If the Plaintiffs have not settled their claims against all the Defendants they must also submit a Joint Discovery/Case Management Plan by Friday, September 8, 2000 at 5:00 p.m.

DONE at Brownsville, Texas, this 6th day of September 2000.

Hilda G. Tagle
United States District Judge