United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Claudia Elia Lopez Gonzalez, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. B-00-64 |
| v. | § | |
| | § | |
| Amfels, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on September 13, 2000, the Court made the following rulings:

(1)   Amfels, Inc. is the only Defendant in this case. Several other individuals or entities were listed as "interested entities" in the Plaintiff's complaint. At the Court's initial pretrial conference the Plaintiffs, the Defendant and these "interested entities" all agreed that the latter have not been served and are not Defendants in this case;

(2)   The Plaintiffs, the Defendant and the guardian ad litem appointed by this Court agreed to proceed before a magistrate at the Court's initial pretrial conference. The Parties have submitted a notice of settlement [Dkt. No. 15], and a magistrate will therefore hold a hearing to determine whether the settlement is proper as to the minor Plaintiffs. The Parties are **ORDERED** to submit a document signed by all the Parties and the guardian ad litem stating that they have agreed to proceed before a magistrate before September 18, 2000; and,

1

(3)  The Parties agreed at the initial pretrial conference that the pending motion to remand [Dkt. No. 9] is now **MOOT**.

DONE at Brownsville, Texas, this 13th day of September 2000.

_____
Hilda G. Tagle
United States District Judge