25

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Claudia Elia Lopez Gonzalez, etal | § § § § | United States District Court Southern District of Texas ENTERED SEP 1 5 2000 Michael N. Milby, Clerk By Deputy Clerk |
| versus | § | CIVIL ACTION B- 00=064 |
| Amfels, Inc. et al | § § § | |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____
Joe Valle
Attorney for Plaintiffs

Aida Salinas Flores
Ad Litem for minor children

_____
Attorney for Defendants

## Order to Transfer

This case is transferred to United States Magistrate Judge John W. Black _____ to conduct all further proceedings, including final judgment.

September 15, 2000
Date

_____
United States District Judge