28

United States District Court
Southern District of Texas
ENTERED

SEP 27 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, Individually, and as Personal Representative of the Estate of DELFINO EDUARDO GONZALEZ, Deceased, as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of CLAUDIA ALEJANDRA GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of SERGIO EDUARDO GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; and GLORIA GONZALEZ, Individually, and as an heir of DELFINO EDUARDO GONZALEZ, Deceased<br><br>VS.<br><br>AMFELS, INC., F.A. CONSTRUCTION, FELIX ALBERTO DE LA FUENTE, PORT FABRICATORS, INC., DAVID HEDGES, AUSTIN TEMPORARY SERVICES, and COLONIAL CASUALTY COMPANY | *C.A. NO. B-00-064*<br>*Admiralty 9(h)* |

### AGREED FINAL JUDGMENT

Be it remembered on the 20th day of September, 2000, in the above entitled and numbered cause, Plaintiffs, CLAUDIA ELIA LOPEZ GONZALEZ, Individually, and as Personal Representative of the Estate of DELFINO EDUARDO GONZALEZ, Deceased, as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of CLAUDIA ALEJANDRA GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of SERGIO EDUARDO GONZALEZ a minor,

Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; and GLORIA GONZALEZ, Individually, and as an heir, of DELFINO EDUARDO GONZALEZ, Deceased, and Defendant Amfels, Inc., by and through its attorney of record, appeared and advised that all matters in controversy have been compromised and settled and the Plaintiffs wish to dismiss all claims against Defendant Amfels, Inc. with prejudice.

The court has accepted the settlement recommendation of the Attorney Ad Litem for the minor children, Claudia Alejandra Gonzalez and Sergio Eduardo Gonzalez. The court has accepted that 33% of the settlement proceeds, amounts of $ 83,500.00 in regard to SERGIO EDUARDO GONZALEZ and $83,500.00 in regard to CLAUDIA ALEJANDRA GONZALEZ, respectfully shall be payable to Plaintiffs' counsel of record, The Law office of Ronald A. Ramos.

IT IS ORDERED that the minor children's settlement proceeds of $166,500.00 in regard to SERGIO EDUARDO GONZALEZ and $166,500.00 in regard to CLAUDIA ALEJANDRA GONZALEZ, respectfully, shall be deposited with the U.S. District Court for the Southern District of Texas, Brownsville Division until further instruction from the court and is not to be used to pay the expenses of the litigation.

IT IS ORDERED that the $7,500.00 fee for the Attorney Ad Litem be paid within 30 days to Aida Salinas Flores.

IT IS ORDERED that all claims be dismissed with prejudice.

IT IS FURTHER ORDERED that costs of court be born by the party incurring the same.

SIGNED this 26 day of SEPTEMBER, 2000.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com

APPROVED AND ENTRY REQUESTED:

_____
Alan B. Folger
Roberts, Markel & Folger, L.L.P.
2500 City West Blvd., Suite 1350
Houston, Texas 77042
State Bar No: 07208650
Attorney for Defendant, Amfels, Inc.

_____
Wayne Colodny
Law Offices of Ronald A. Ramos
One Castle Hills Building
1100 N.W. Loop 410, Suite 800
San Antonio, TX 78213
State Bar No: 04626440
Attorney for Plaintiffs, Claudia Elia Lopez Gonzalez and Gloria Gonzalez

_____
Joe Valle
The Law Office of Joe Valle
1120 East Tenth Street
Brownsville, TX 78520
State Bar No: 20435450
Attorney for Plaintiffs, Claudia Elia Lopez Gonzalez and Gloria Gonzalez

_____
Aida Salinas Flores
401 Conway
Mission, Texas
State Bar No: 07162200
Attorney Ad Litem for Claudia Alejandra Gonzalez
and Sergio Eduardo Gonzalez