30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, Individually, and as Personal Representative of the Estate of DELFINO EDUARDO GONZALEZ, Deceased, as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of CLAUDIA ALEJANDRA GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of SERGIO EDUARDO GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; and GLORIA GONZALEZ, Individually, and as an heir of DELFINO EDUARDO GONZALEZ Deceased | * * * * * * * * * * * * * * * * | C.A. NO. B-00-064 Admiralty 9 (h) |
| VS. | * * | |
| AMFELS, INC., F.A. CONSTRUCTION FELIX ACOSTA DE LA FUENTE, PORT FABRICATORS INC., DAVID HEDGES, AUSTIN TEMPORARY SERVICES and COLONIAL CASUALTY COMPANY | * * * * * | |

### MOTION TO REMAND
(Opposed)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

Now comes CLAUDIA ELIA LOPEZ GONZALEZ, Individually, and as Personal Representative of the Estate of DELFINO EDUARDO GONZALEZ, Deceased, as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of CLAUDIA ALEJANDRA GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ,

1

Deceased; As Next Friend of SERGIO EDUARDO GONZALEZ, a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased, and GLORIA GONZALEZ, Individually, and as an heir of DELFINO EDUARDO GONZALEZ, Deceased, Plaintiffs in the above-styled and numbered cause, pursuant to 28 U.S.C. § 1447(c), files this their Motion for the Remand of this cause to the 357th Judicial District of Cameron County, Texas. **THIS MOTION IS OPPOSED.** In support of said Motion, Plaintiffs would respectfully show this Honorable Court as follows:

(1)   This cause was originally filed by Plaintiffs in the in the 357th Judicial District of Cameron County, Texas against various Defendants including AMFELS, INC., F.A. CONSTRUCTION, FELIX ACOSTA DE LA FUENTE, PORT FABRICATORS INC., DAVID HEDGES, AUSTIN TEMPORARY SERVICES for wrongful death and survivorship damages arising from the death of Delfino Eduardo Gonzalez which occurred on or about December 6, 1996 on the Port of Brownsville Navigation District.

(2)   On or about April 13, 2000, Plaintiffs filed and served upon Defendant Amfels, Inc. a petition for declaratory relief in regard to the limited issue of whether the United States Longshore and Harbor Workers Compensation Act 33USC, Section 901, et seq, an the exclusive remedy available to Plaintiffs against Defendant Amfels, Inc, as had been plead by said Defendant.

(3)   On May 9, 2000, Defendant Amfels, Inc removed the case to this Court from the 357th Judicial District Court in Cameron County, Texas based on its contention that this Court had jurisdiction due to the issues raised by Plaintiffs' petition for declaratory action.

(4)   Plaintiffs filed a Motion to Remand asserting that removal was not proper but, prior to hearing on said Motion, reached a settlement agreement resolving their claims as to Defendant Amfels, Inc only.

2

(5)     On September 26, 2000, this Court approved the Plaintiffs' settlement with Defendant Amfels, Inc. and Plaintiff dismissed with prejudice all claims against said Defendant Amfels, Inc. only. In light of said settlement and the dismissal of Plaintiff's claims against Amfels, no federal question or jurisdiction remains and the cause should properly be remanded to the 357th District Court of Cameron County as to the Plaintiffs' remaining claims and causes of action against the remaining Defendants, F.A. CONSTRUCTION, FELIX ALBERTO DE LA FUENTE, DAVID HEDGES and AUSTIN TEMPORARY SERVICES.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court will enter an Order staying all further action in this cause until this Motion for Remand is ruled upon and upon final consideration of this Motion remand this cause to the 357th Judicial District Court of Cameron County, Texas and for such other and further relief, both general and special, at law and in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

LAW OFFICES OF JOE VALLE
1120 East Tenth Street
Brownsville, Texas 78520
Tel: (956) 546-2829
FAX: (956)542-4084

BY: _/s/ Joe Valle_____
JOE VALLE
State Bar No. 20435450
Federal ID. No. 11422
ATTORNEY FOR PLAINTIFFS

3

## **CERTIFICATE OF CONFERENCE**

I hereby certify that attempts have been made to obtain agreement of all parties of record but such efforts were not successful and a hearing shall be necessary.

_____
JOE VALLE

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Plaintiffs' Motion for Remand has been forwarded, via certified mail, return receipt requested, to all counsel of record on this the 1st day of May, 2001, pursuant to Rule 5 of the Federal Rules of Civil Procedure.

Case 1:00-cv-00064   Document 30   Filed in TXSD on 05/01/2001   Page 4 of 5

_____
JOE VALLE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, | * | |
| Individually, and as Personal | * | |
| Representative of the Estate of DELFINO | * | |
| EDUARDO GONZALEZ, Deceased, as | * | C.A. NO. B-00-064 |
| an Heir of DELFINO EDUARDO | * | Admiralty 9 (h) |
| GONZALEZ, Deceased; As Next Friend | * | |
| of CLAUDIA ALEJANDRA GONZALEZ | * | |
| a minor, Individually, and as an Heir of | * | |
| DELFINO EDUARDO GONZALEZ, | * | |
| Deceased; As Next Friend | * | |
| of SERGIO EDUARDO GONZALEZ | * | |
| a minor, Individually, and as an Heir of | * | |
| DELFINO EDUARDO GONZALEZ, | * | |
| Deceased; and GLORIA | * | |
| GONZALEZ, Individually, and as an heir | * | |
| of DELFINO EDUARDO GONZALEZ | * | |
| Deceased | * | |
| | * | |
| VS. | * | |
| | * | |
| AMFELS, INC., F.A. CONSTRUCTION | * | |
| FELIX ACOSTA DE LA FUENTE, PORT | * | |
| FABRICATORS INC., DAVID HEDGES, | * | |
| AUSTIN TEMPORARY SERVICES and | * | |
| COLONIAL CASUALTY COMPANY | * | |

**ORDER SETTING HEARING ON MOTION TO REMAND**

You are hereby notified that a hearing on the foregoing MOTION TO REMAND will be held on the _____ day of _____, 2001, at _____ o'clock ____.m. in Brownsville, Texas.

SIGNED this the ___ day of _____, 2001.

_____
UNITED STATES JUDGE

5