# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-064 |
| AMFELS, INC., ET AL. | § § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFFS' MOTION TO REMAND**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 24, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 3, 2001

TO:     MR. RONALD RAMOS
        MS. NADINE NIETO
        MR. JOE VALLE
        MS. AIDA FLORES
        MR. GILBERTO HINOJOSA
        MR. NATHAN RYMER
        MR. DAVID HEDGES
        MR. J. ALBERT KROEMER
        MR. NORTON COLVIN