33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, Individually, and as Personal Representative of the Estate of DELFINO EDUARDO GONZALEZ, Deceased, as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of CLAUDIA ALEJANDRA GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of SERGIO EDUARDO GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; and GLORIA GONZALEZ, Individually, and as an heir of DELFINO EDUARDO GONZALEZ Deceased | * * * * * * * * * * * * * * * * | C.A. NO. B-00-064<br>Admiralty 9 (h) |
| VS. | * * | |
| AMFELS, INC., F.A. CONSTRUCTION FELIX ACOSTA DE LA FUENTE, PORT FABRICATORS INC., DAVID HEDGES, AUSTIN TEMPORARY SERVICES and COLONIAL CASUALTY COMPANY | * * * * * | |

MOTION FOR CONTINUANCE
(Opposed)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CLAUDIA ELIA LOPEZ GONZALEZ, Individually, and as Personal Representative of the Estate of DELFINO EDUARDO GONZALEZ, Deceased, as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of CLAUDIA ALEJANDRA GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of SERGIO EDUARDO GONZALEZ, a minor, Individually, and as an

Heir of DELFINO EDUARDO GONZALEZ, Deceased, and GLORIA GONZALEZ, Individually, and as an heir of DELFINO EDUARDO GONZALEZ, Deceased, Plaintiffs herein, and files this their Motion for Continuance and in support thereof would show unto the Court as follows:

I.

Attorney Joe Valle will be in a punishment hearing on May 24, 2001, in the United States District Court for the Western District of Texas, Austin Division; United States of America vs. Martha Perez de Lozano. Plaintiff's counsel is requesting that the Motion to Remand be reset for hearing on May 31, 2001 at 2:00 p.m. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant this Motion for Continuance and any and all other relief, both general and special, that it may be entitled.

                                          Respectfully submitted,

                                          JOE VALLE
                                          ATTORNEY AT LAW
                                          1120 East Tenth Street
                                          Brownsville, Texas 78520
                                          Telephone No. (956) 546-2829
                                          Facsimile No. (956) 542-4084

                                          By: _____
                                             Joe Valle
                                           State Bar No. 20435450

## CERTIFICATE OF CONFERENCE

This will confirm that on the 14th day of May, 2001, all counsel were notified via telephone of the filing of the Motion for Continuance they have indicated as follows:

| | |
|---|---|
| Ronald Ramos | *Unopposed* |
| Wayne Colodny | |
| Law Office of Ronald A. Ramos | |
| One Castle Hills Building | |
| 1100 N.W. Loop 410, Suite 800 | |
| San Antonio, Texas 78213 | |
| | |
| Gilberto Hinojosa | *Unopposed* |
| Magallanes, Hinojosa & Mancillas | |
| 1713 Boca Chica Blvd. | |
| Brownsville, Texas 78520 | |
| Attorney for F.A. Construction and Felix Alberto De La Fuente | |
| | |
| J. Albert Kroemer | *Unopposed* |
| Prager, Metzger & Kroemer | |
| 2626 Cole, Suite 900 | |
| Dallas, Texas 75204-1070 | |
| Attorney for Austin Temporary Services, Inc. | |
| | |
| Norton A. Colvin | *Unavailable* |
| Rodriguez, Colvin & Chaney, L.L.P. | |
| 2100 East Van Buren | |
| Brownsville, Texas 78520 | |
| Attorney for Colonial Casualty Company | |

_____
Joe Valle

## CERTIFICATE OF SERVICE

I Joe Valle, hereby certify that a true and correct copy of the Motion for Continuance has been forward to all opposing counsel on this 14th day of May, 2001.

_____
Joe Valle

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, | * | |
| Individually, and as Personal | * | |
| Representative of the Estate of DELFINO | * | |
| EDUARDO GONZALEZ, Deceased, as | * | C.A. NO. B-00-064 |
| an Heir of DELFINO EDUARDO | * | Admiralty 9 (h) |
| GONZALEZ, Deceased; As Next Friend | * | |
| of CLAUDIA ALEJANDRA GONZALEZ | * | |
| a minor, Individually, and as an Heir of | * | |
| DELFINO EDUARDO GONZALEZ, | * | |
| Deceased; As Next Friend | * | |
| of SERGIO EDUARDO GONZALEZ | * | |
| a minor, Individually, and as an Heir of | * | |
| DELFINO EDUARDO GONZALEZ, | * | |
| Deceased; and GLORIA | * | |
| GONZALEZ, Individually, and as an heir | * | |
| of DELFINO EDUARDO GONZALEZ | * | |
| Deceased | * | |
| | * | |
| VS. | * | |
| | * | |
| AMFELS, INC., F.A. CONSTRUCTION | * | |
| FELIX ACOSTA DE LA FUENTE, PORT | * | |
| FABRICATORS INC., DAVID HEDGES, | * | |
| AUSTIN TEMPORARY SERVICES and | * | |
| COLONIAL CASUALTY COMPANY | * | |

ORDER RESETTING HEARING ON
PLAINTIFFS' MOTION TO REMAND

On this the _____ day of _____, 2001, came to be considered Plaintiffs' MOTION FOR CONTINUANCE, and the Court after considering the same is of the opinion that said Motion should be in all things GRANTED/DENIED.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED, that the hearing on the Motion to Remand is hereby reset for the _____ day of _____, 2001 at _____ ___.m.

SIGNED and ENTERED this the _____ day of _____ 2001.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com