34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAY 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, ET AL, | § § § | CIVIL ACTION NO. B-00-064 |
| VS. | § § § | |
| AMFELS, INC., ET AL. | § | |

**FELIX DE LA FUENTE D/B/A F.A. CONSTRUCTION'S NOTICE TO COURT
UNOPPOSED TO PLAINTIFF'S MOTION TO REMAND**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

NOW COMES, FELIX DE LA FUENTE D/B/A F.A. CONSTRUCTION and hereby notifies the Court that Felix De La Fuente d/b/a F.A. Construction is not opposed to Plaintiff's Motion to Remand set for hearing on May 24, 2001 at 1:30 p.m.

Respectfully Submitted,
MAGALLANES, HINOJOSA & MANCIAS

By: _____
Gilberto Hinojosa
Federal Id No.: 3425
State Bar No.: 09701100
1713 Boca Chica Blvd.
Brownsville, TX 78520

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on counsel of record, to wit:

J. Albert Kroemer
James T. Phillips
PRAGER, METZGER & KROEMER
2626 Cole Avenue, Suite 900
Dallas, TX 75204-7600
    Attorneys for Austin Temporary Services, Inc.

Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN & CHANEY
1201 E. Van Buren
Brownsville, TX 78520
    Attorneys for Colonial Casualty Company

Shelley Rogers
McFALL, SHERWOOD & SHEEHY
2500 Two Houston Center
909 Fannin
Houston, TX 77010
    Attorneys for The Burlington Insurance Company

Ronald Ramos
Attorney at Law
**LAW OFFICES OF RONALD A. RAMOS, P.C.**
1100 N.W. Loop 410, Suite 800
San Antonio, Texas 78213
    *Attorney for Plaintiff*

Joe Valle
LAW OFFICES OF JOE VALLE
1120 E. Tenth Street
Brownsville, TX 78520
    *Attorney for Plaintiff*

Alan B. Folger
Attorney at Law
**ROBERTS, MARKEL & FOLGER**
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
    *Attorney for Defendant Amfels, Inc.*

Dated May 23, 2001

                                             Gilberto Hinojosa