35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, § <br> Individually, and as Personal § <br> Representative of the Estate of DELFINO § <br> EDUARDO GONZALEZ, Deceased, as § <br> an Heir of DELFINO EDUARDO § <br> GONZALEZ, Deceased; As Next Friend § <br> of CLAUDIA ALEJANDRA GONZALEZ § <br> a minor, Individually, and as an Heir of § <br> DELFINO EDUARDO GONZELEZ, § <br> Deceased; As Next Friend § <br> of SERGIO EDUARDO GONZALEZ, § <br> a minor, Individually, and as an Heir of § <br> DELFINO EDUARDO GONZALEZ, § <br> Deceased; and GLORIA § <br> GONZALEZ, Individually, and as an heir § <br> of DELFINO EDUARDO GONZELEZ § <br> Deceased § <br> § <br> VS. § <br> § <br> AMFELS, INC., F.A. CONSTRUCTION § <br> FELIX ACOSTA DE LA FUENTE, PORT § <br> FABRICATIONS INC., DAVID HEDGES, § <br> AUSTIN TEMPORARY SERVICES and § <br> COLONIAL CASUALTY COMPANY § | C.A. NO. B-00-064 <br> Admiralty 9 (h) |

## NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Eddie Trevino, Jr, and files this his Notice of Appearance As Counsel and would respectfully show the Court as follows:

### I.

Defendants, F.A. Construction and Felix Acosta De La Fuente, have requested Eddie Trevino, Jr, to appear on behalf of the Hon. Gilberto Hinojosa in this cause for the sole purpose of the scheduled hearing on Plaintiff's Motion to Remand, and Eddie Trevino, Jr. hereby enters his appearance as counsel for Defendant F.A. Construction Felix Acosta De La Fuente solely for the purpose of this hearing only.

WHEREFORE, PREMISES CONSIDERED, EDDIE TREVINO, JR. respectfully requests that he be allowed to appear for Defendants F.A. Construction Felix Acosta De La Fuente solely for the hearing on Plaintiff's Motion to Remand.

Respectfully submitted,

The Law Office of Eddie Trevino, Jr.
545 E. 7th Street
Brownsville, Texas 78520
Tel. (956) 554-0683
Fax (956) 554-0693

_____
Eddie Trevino, Jr.
State Bar No. 20211135
Federal I.D. 11628

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the __24th__ day of __MAY__, 2001 by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to the following parties or attorneys:

        J. Albert Kroemer
        James T. Phillips
        PRAGER, METZGER & KROEMER
        2626 Cole Avenue, Suite 900
        Dallas, Tx. 75204-7600
            *Attorneys for Austin Temporary Services, Inc.*

        Norton A. Colvin, Jr.
        RODRIGUEZ, COLVIN & CHANEY
        1201 E. Van Buren
        Brownsville, Tx. 78520
            *Attorneys for Colonial Casualty Company*

        Shelley Rogers
        MCFALL, SHERWOOD & SHEEHY
        2500 Two Houston Center
        909 Fanin
        Houston, Tx. 77010
            *Attorneys for The Burlington Insurance Company*

        Ronald Ramos
        Attorney at Law
        LAW OFFICES OF RONALD A. RAMOS, P.C.
        1100 N.W. Loop 410, Suite 800
        San Antonio, Tx. 78213
            *Attorney for Plaintiff*

        Mr. Joe Valle
        LAW OFFICES OF JOE VALLE
        1120 E. Tenth Street
        Brownsville, Tx. 78520
            *Attorney for Plaintiff*

Mr. Alan B. Folger
Attorney at Law
ROBERTS, MARKEL & FOLGER
24 Greenway Plaza, Suite 2000
Houston, Tx. 77046
    *Attorney for Defendant Amfels, Inc.*

_____
Eddie Trevino, Jr.