36

United States District Court
Southern District of Texas
FILED

MAY 2 4 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFFS' MOTION TO REMAND

CIVIL ACTION NO.  B-00-064

DATE & TIME:     05-24-01 AT 1:30 P.M.

CLAUDIA ELIA LOPEZ GONZALEZ,

PLAINTIFF(S)     JOE VALLE
COUNSEL          RONALD RAMOS
                 NADINE NIETO
                 AIDA SALINAS FLORES

VS.

AMFELS, INC., ET AL.

DEFENDANT(S)     GILBERTO HINOJOSA
COUNSEL          NATHAN RYMER
                 DAVID HEDGES
                 J. ALBERT KROEMER
                 NORTON A. COLVIN, JR.

---

ERO: Roy Zepeda
CSO: Linda Garcia

Attorneys Wayne Colodny for Plaintiffs, Eddie Trevino and James Phillips for Defendants appeared.

Question of whether case is still open in Federal Court discussed.

When Final Judgment was signed and entered regarding Amfels Federal claims were disposed of in order to close file in Federal Court.  This file is closed.

Plaintiffs Motion to Remand is found Moot.  The Court will enter an order.