| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

MAY 2 4 2001

Michael N. Milby
Clerk of Court

| Brownsville Division | | Action Number | B-00-064 |
|---|---|---|---|
| | CLAUDIA ELIA LOPEZ GONZALEZ, ET AL | | |
| | *versus* | | |
| | AMFELS, INC. ET AL | | |

This lawyer, who is admitted either to the State Bar of Texas:

| | |
|---|---|
| Name | Wayne L. Colodny |
| Firm | Law Offices of Wayne Colodny |
| Street | 1842 Lockhill Selma, Suite 102 |
| City & Zip Code | San Antonio, Texas 78213 |
| Telephone | 210-308-8811 |
| Licensed: State & Number | Member of State Bar of Texas: 04626440 |

Seeks to appear as the attorney for these parties:

CLAUDIA ELIA LOPEZ GONZALEZ, Individually, and as Personal Representative of the Estate of DELFINO EDUARDO GONZALEZ, Deceased, as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of CLAUDIA ALEJANDRA GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; As Next Friend of SERGIO EDUARDO GONZALEZ a minor, Individually, and as an Heir of DELFINO EDUARDO GONZALEZ, Deceased; and GLORIA GONZALEZ, Individually, and as an heir of DELFINO EDUARDO GONZALEZ, Deceased, Plaintiffs

| Dated: May 24, 2001 | Signed: |
|---|---|