CAB-00-64 38

**ORDER**

United States District Court
Southern District of Texas
ENTERED

MAY 25 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

This lawyer is admitted *pro hac vice*.

Signed on 24 MAY, 2001.

_____
United States District Judge