IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

MAY 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA ELIA LOPEZ GONZALEZ, ET AL. Plaintiffs, | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-00-064 |
| AMFELS, INC., ET AL. Defendants. | § § | |

ORDER

Upon consideration of the Motion to Remand, the Court finds that the Motion should be found **MOOT**.

IT IS THEREFORE **ORDERED** that this case shall be closed.

DONE at Brownsville, Texas, this 24th day of May, 2001.

John Wm. Black
United States Magistrate Judge